## LITTLE *v.* UPHAM.

Whether a verdict is against the evidence is a question of fact to be decided at the trial term.

64a 279
66 142
64a 279
68 27
64a 279
69 177
69 230

TRESPASS, for assault and battery. Plea, the general issue, with a brief statement that the defendant acted in self-defence. Verdict for the defendant, which the plaintiff moved to set aside, and for a new trial, "because upon the uncontradicted evidence the defendant made the first assault, and assaulted the plaintiff anew after the plaintiff had ceased to inflict or threaten violence to him, and had retreated." Motion denied, and the plaintiff excepted.

*D. A. Taggart* and *Sulloway, Topliff & O'Conner*, for the plaintiff.

*Burnham & Brown*, for the defendant.

CLARK, J. The objection that a verdict is against the evidence presents no question of law. It is a question of fact to be determined at the trial term. *Fuller* v. *Bailey*, 58 N. H. 71; *Lefavor* v. *Smith*, 58 N. H. 125; *Kelley* v. *Woodward*, 58 N. H. 153; *Hovey* v. *Brown*, 59 N. H. 114.

*Exceptions overruled.*

SMITH, J., did not sit: the others concurred.